

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Berman Jose Sobalvarro Sombarriba | **Civil Action No.** __26CV2238-RBM-DDL__ |
| **Plaintiff,** | |
| **V.** | |
| Warden, Imperial Regional Detention Facility; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is denied without prejudice.

**Date:** _____5/26/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Petersen_____

J. Petersen, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26CV2238-RBM-DDL

Petitioner

Berman Jose Sobalvarro Sombarriba

Respondents

Warden, Imperial Regional Detention Facility; ICE Field Office Director, San Diego; U.S. Department of Homeland Security